UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> WILVER VILLEGAS-PALOMINO, § <br> also known as "Carlos 'El Puerco,'" § <br> JAIME MIGUEL PICON-RODRIGUEZ, § <br> also known as "Chencho," § <br> also known as "Jairo," § <br> YAMIT PICON-RODRIGUEZ, § <br> also known as "Choncha," § <br> HENRY TRIGOS-CELON, § <br> also known as "Moncho Picada" § <br> DIOMEDES BARBOSA- MONTAÑO, § <br> also known as "El Burro" § <br> JOSE GABRIEL ALVAREZ-ORTIZ, § <br> also known as "Alex" § | Criminal No. <br><br> **20 CR 091** <br><br> United States Courts <br> Southern District of Texas <br> F I L E D <br><br> **FEB 12 2020** <br><br> David J. Bradley, Clerk of Court |

## INDICTMENT

THE GRAND JURY CHARGES:

**COUNT ONE**
(Narco-Terrorism)

Beginning at least as early as January 2000, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, the defendants,

WILVER VILLEGAS-PALOMINO,
aka "Carlos 'El Puerco,'"
JAIME MIGUEL PICON-RODRIGUEZ,
aka "Chencho,"
aka "Jairo,"
YAMIT PICON-RODRIGUEZ,
aka "Choncha,"
HENRY TRIGOS-CELON,
aka "Moncho Picada,"
DIOMEDES BARBOSA- MONTAÑO,
aka "El Burro"
and
JOSE GABRIEL ALVAREZ-ORTIZ,

1

aka "Alex,"

and others unknown to the Grand Jury and not indicted herein, did knowingly and intentionally engage and attempt to engage in conduct in and affecting interstate and foreign commerce and that would be punishable under Title 21, United States Code, Section 841(a), if committed within the jurisdiction of the United States, that is, to knowingly and intentionally manufacture, distribute, and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; knowing and intending to provide, directly and indirectly, anything of pecuniary value to any person and organization that has engaged and engages in terrorist activity and terrorism, specifically, the Ejercito de Liberacion Nacional (ELN), having knowledge that the said persons and organization has engaged and engages in terrorist activity and terrorism; all in violation of Title 21, United States Code, Sections 960a, 841(a)(1), 841(b)(1)(A)(I)(ii) and Title 18, United States Code, Section 2.

**COUNT TWO**
(International Cocaine Distribution Conspiracy)

Beginning at least as early as January 2000, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the country of Colombia, within the extraterritorial jurisdiction of the United States, the defendants,

> WILVER VILLEGAS-PALOMINO,
> aka "Carlos 'El Puerco,'"
> JAIME MIGUEL PICON-RODRIGUEZ,
> aka "Chencho,"
> aka "Jairo,"
> YAMIT PICON-RODRIGUEZ,
> aka "Choncha,"
> HENRY TRIGOS-CELON,
> aka "Moncho Picada,"
> DIOMEDES BARBOSA-MONTAÑO,
> aka "El Burro"
> and

> JOSE GABRIEL ALVAREZ-ORTIZ,
> aka "Alex,"

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jury to manufacture, possess with intent to distribute and distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, or having reasonable cause to believe, that such substance would be unlawfully imported into the United States.

In violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and 960 (b)(1)(B).

### COUNT THREE
(International Cocaine Distribution)

On or about February 1, 2019, and continuing through on or about March 22, 2019, in the country of Colombia and within the extraterritorial jurisdiction of the United States, defendants

> WILVER VILLEGAS-PALOMINO,
> aka "Carlos 'El Puerco,"
> JAIME MIGUEL PICON-RODRIGUEZ,
> aka "Chencho,"
> aka "Jairo,"
> H HENRY TRIGOS-CELON,
> aka "Moncho Picada,"
> DIOMEDES BARBOSA- MONTAÑO,
> aka "El Burro,"
> and
> JOSE GABRIEL ALVAREZ-ORTIZ,
> aka "Alex,"

did knowingly and intentionally manufacture, possess with intent to distribute and distribute a controlled substance, intending, knowing, and having reasonable cause to believe, that such substance would be unlawfully imported into the United States. The controlled substance involved was more than 5 kilograms, that is, approximately 30 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3), 960(b)(1)(B), and Title 18, United States Code, § 2.

A TRUE BILL

ORIGINAL SIGNATURE ON FILE
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

Casey N. MacDonald
Assistant United States Attorney

Anibal J. Alaniz
Assistant United States Attorney

4